1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE ANDRES PRIETO RODRIGUEZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  NO. CR.S. 10-287-MCE
                                       )
12              Plaintiff,             )  **STIPULATION AND ORDER RE:**
                                       )  **CONTINUANCE OF STATUS HEARING AND**
13         v.                          )  **FINDINGS OF EXCLUDABLE TIME**
                                       )
14  JOSE ANDRES PRIETO RODRIGUEZ,      )  DATE:  October 28, 2010
    et al.,                            )  TIME:  9:00 a.m.
15                                     )  JUDGE: Hon. Morrison C. England
                Defendants.            )
16  _____  )

17      JOSE ANDRES PRIETO RODRIGUEZ, by and through his counsel, DENNIS

18  S. WAKS, Supervising Assistant Federal Defender, JOSE RODRIGO RODRIGUEZ

19  VIDAL, by and through his counsel, DINA SANTOS, and the United States

20  Government, by and through its counsel, MICHAEL ANDERSON, Assistant

21  United States Attorney, hereby agree that the status conference set for

22  September 2, 2010, be continued for a status conference on October 28,

23  2010, at 9:00 a.m.  This continuance is requested because counsel for

24  the defendants require additional time to obtain and review discovery,

25  continue our investigation, and to interview our clients and other

26  witnesses.  The defendants in this case consents to this continuance.

27  ///

28  ///

1    Counsel, along with the defendants agree that the time from the

2  date of this order through October 28, 2010, should be excluded in

3  computing the time within which trial must commence under the Speedy

4  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to

5  prepare].

6  DATED: August 30, 2010          Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /S/ Dennis S. Waks
9                                   _____
                                    DENNIS S. WAKS
10                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
11                                  JOSE ANDRES PRIETO RODRIGUEZ

12
                                    /S/ Dennis S. Waks for
13 _____  DINA SANTOS
                                    Attorney for defendant
14                                  JOSE RODRIGO RODRIGUEZ VIDAL

15
                                    BENJAMIN B. WAGNER
16                                  United States Attorney

17 DATE: August 30, 2010
                                    /S/ Dennis S. Waks for
18                                  _____
                                    MICHAEL ANDERSON
19                                  Assistant United States Attorney

20
                            **O R D E R**
21
   IT IS SO ORDERED.
22

23
    Dated: September 1, 2010
24

25                              _____
26                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
27

28