1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE ANDRES PRIETO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 10-287-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| v. | |
| JOSE ANDRES PRIETO RODRIGUEZ, et al., | DATE: December 2, 2010 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England |
| Defendants. | |

JOSE ANDRES PRIETO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JOSE RODRIGO RODRIGUEZ VIDAL, by and through his counsel, DINA SANTOS, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby agree that the status conference set for October 27, 2010, be continued for a status conference on December 2, 2010, at 9:00 a.m. This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to interview our clients and other witnesses. The defendants in this case consent to this continuance.

///

| | |
|---|---|
| 1 | Counsel, along with the defendants agree that the time from the |
| 2 | date of this order through December 2, 2010, should be excluded in |
| 3 | computing the time within which trial must commence under the Speedy |
| 4 | Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to |
| 5 | prepare]. |

DATED: October 21, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JOSE ANDRES PRIETO RODRIGUEZ


/S/ Dennis S. Waks for
_____
DINA SANTOS
Attorney for defendant
JOSE RODRIGO RODRIGUEZ VIDAL


BENJAMIN B. WAGNER
United States Attorney

DATE: October 21, 2010

/S/ Dennis S. Waks for
_____
MICHAEL ANDERSON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE