```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JOSE ANDRES PRIETO RODRIGUEZ
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:10-cr-00287-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| JOSE ANDRES PRIETO RODRIGUEZ, ) | DATE: January 13, 2011 |
| et al., ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England |
| Defendants. ) | |

JOSE ANDRES PRIETO RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, JOSE RODRIGO RODRIGUEZ VIDAL, by and through his counsel, DINA SANTOS, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby agree that the status conference set for December 2, 2010, be continued for a status conference on January 13, 2011, at 9:00 a.m. This continuance is requested because counsel for the defendants require additional time to obtain and review discovery, continue our investigation, and to interview our clients and other witnesses.

///

///

Counsel, along with the defendants agree that the time from the date of this order through January 13, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: November 30, 2010  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JOSE ANDRES PRIETO RODRIGUEZ

/S/ Dennis S. Waks for
DINA SANTOS
Attorney for defendant
JOSE RODRIGO RODRIGUEZ VIDAL

DATE: November 30, 2010  BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
_____
MICHAEL ANDERSON
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE