```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corp.
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    JOSE RODRIGUEZ VIDAL
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11
    UNITED STATES OF AMERICA,     ) No. 2:10-cr-00287-MCE
12                                )
              Plaintiff,          )
13                                ) STIPULATION AND ORDER VACATING
         v.                       ) DATE, CONTINUING CASE, AND
14                                ) EXCLUDING TIME
    JOSE RODRIGUEZ VIDAL,         )
15  JOSE ANDRES RODRIGUEZ         )
              Defendant.          ) Date:  February 10, 2011
16                                ) Time:  9:00 a.m.
    _____) Judge: Honorable Judge England
17

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney
19
    Michele Anderson, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel
20
    for Defendant Jose Rodriguez Vidal and Attorney Dennis Waks, Counsel for
21
    Defendant Jose Andres Rodriguez, that the status conference scheduled for
22
    January 13, 2011, be vacated and the matter be continued to this Court's
23
    criminal calendar on February 10, 201, at 9:00 a.m, for status and possible
24
    change of plea.
25
         This continuance is requested by the defense in order to permit further
26
    client consultation, investigation and further negotiations with the
27
    prosecution regarding reaching a plea agreement.
28
```

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 10, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: January 11, 2011 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
JOSE RODRIGUEZ VIDAL

Dated: January 11, 2011 /S/ Dennis Waks
DENNIS WAKS
Attorney for Defendant
JOSE ANDRES RODRIGUEZ

Dated: January 11, 2011 /S/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2