```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOSE RODRIGUEZ VIDAL
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00287-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| JOSE RODRIGUEZ VIDAL, ) JOSE ANDRES RODRIGUEZ ) | |
| Defendant. ) | Date: March 3, 2011 Time: 9:00 a.m. |
| _____ ) | Judge: Honorable Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Anderson, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Rodriguez Vidal and Attorney Dennis Waks, Counsel for Defendant Jose Andres Rodriguez, that the status conference scheduled for February 10, 2011, be vacated and the matter be continued to this Court's criminal calendar on March 3, 2011, at 9:00 a.m, for status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution regarding reaching a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 3, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: February 8, 2011  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
JOSE RODRIGUEZ VIDAL

Dated: February 8, 2011  /S/ Dennis Waks
DENNIS WAKS
Attorney for Defendant
JOSE ANDRES RODRIGUEZ

Dated: February 8, 2011  /S/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE