1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
3  Supervising Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE ANDRES PRIETO RODRIGUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) NO. 2:10-cr-00287-MCE
                                  )
12           Plaintiff,            ) **STIPULATION AND ORDER RE:**
                                  ) **CONTINUANCE OF STATUS HEARING AND**
13      v.                        ) **FINDINGS OF EXCLUDABLE TIME**
                                  )
14 JOSE ANDRES PRIETO RODRIGUEZ,  ) DATE:  April 14, 2011
   et al.,                        ) TIME:  9:00 a.m.
15                                ) JUDGE: Hon. Morrison C. England
             Defendants.           )
16                                )

17 _____

18         JOSE ANDRES PRIETO RODRIGUEZ, by and through his counsel,

19 DENNIS S. WAKS, Supervising Assistant Federal Defender, JOSE RODRIGO

20 RODRIGUEZ VIDAL, by and through his counsel, DINA SANTOS, and the

21 United States Government, by and through its counsel, MICHAEL ANDERSON,

22 Assistant United States Attorney, hereby agree that the status

23 conference set for March 24, 2011, be continued for a status

24 conference/change of plea hearing on April 14, 2011, at 9:00 a.m.

25      This continuance is requested because counsel for the defendants

26 require additional time to obtain and review discovery, continue our

27 investigation, and to interview our clients and other witnesses.

28 *///*

We anticipate that both defendants will have a negotiated plea agreement before the next court appearance.

Counsel, along with the defendants agree that the time from the date of this order through April 14, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: March 23, 2011　　　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JOSE ANDRES PRIETO RODRIGUEZ

/S/ Dennis S. Waks for
DINA SANTOS
Attorney for defendant
JOSE RODRIGO RODRIGUEZ VIDAL

DATE: March 23, 2011　　　　　BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
_____
MICHAEL ANDERSON
Assistant United States Attorney

**O R D E R**

Dated: March 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE